UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-205 (JNE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY PETER PONTANINI,<br><br>Defendant. | ) | DEFENDANT'S SENTENCING POSITION |

Defendant, by and through his undersigned attorney, submits this position pleading regarding sentencing.

Mr. Pontanini does not have any objections to the presentence report. The report came out essentially in the manner foreseen by the parties when they entered the plea agreement. Mr. Pontanini's case falls into the 0-6 month range, which is also in Zone A of the federal sentencing table. A sentence within Zone A allows the Court to impose a term of probation.

Mr. Pontanini has lead a colorful life. He has had brushes with the law ever since he was a young man. The time period between 1982 and 1993 seems to have been a troubled time for Mr. Pontanini. However, he mostly steered clear of any encounters with law enforcement between 1993 and 1998.

One may wonder what happened to cause Mr. Pontanini to come back into contact with the criminal justice system in 1998. The Court should note that, up until 1998, Mr. Pontanini made a decent living, earning approximately $30,000 a year. However, it was around that time that he began having back pain problems. This is when he also started having problems with the law. His earnings were cut in half in 1999 and 2000, going to about 15, 000 on average. *See* PSR at ¶ 45. Then he had back surgery in 2001. His earnings plummeted. His relationship disintegrated. He moved back to Illinois.

Since then, he has struggled, but has made progress. He has developed a stable and supportive relationship with his present partner, and helps care for her two children. He has been

trying to obtain disability support, given his continued inability to work due to his back problems. He still has problems in his life, but it appears that he is making a sincere effort to work on them in an acceptable manner.

**CONCLUSION**

Based on the foregoing, Mr. Pontanini asks for the Court's understanding and requests the Court to impose a term of probation, as allowed by the Guidelines.

Dated: November 5, 2004

Respectfully submitted,

*s/ Virginia G. Villa*

VIRGINIA G. VILLA
Attorney ID No. 209478
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415