# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

ANTHONY PETER PONTANINI,
Defendant.

**CERTIFICATE OF SERVICE**

Criminal No: 02-205 JNE

I hereby certify that on November 5, 2004, I caused the following documents:

1. Defendant's Sentencing Position

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Richard Newberry
Assistant U.S. Attorney

Lisa Martinetto
U.S. Probation Officer

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Anthony Pontanini

Dated: November 5, 2004

*s/Virginia G. Villa*
VIRGINIA G. VILLA
Attorney ID No. 209478
Attorney for Defendant
Federal Public Defender's Office
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415