**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

V.

ANTHONY PETER PONTANINI,

Defendant.

02cr205 (JNE/RLE)

**NOTICE OF SENTENCING**

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for **SENTENCING** on Thursday, February 10, 2005 at 10:30 a.m., before Judge Joan N. Ericksen, Courtroom 3, St. Paul, Minnesota.

DATED: January 28, 2005.

RICHARD D. SLETTEN
*Clerk*

s/ Sheri L. Frette
Sheri L. Frette *Deputy Clerk*

TO: Mr. Richard A. Newberry
Ms. Virginia G. Villa
Ms. Lisa L. Martinetto, Probation Officer