# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

ANTHONY PETER PONTANINI,
Defendant.

**CERTIFICATE OF SERVICE OF MOTION DOCUMENTS AND PROPOSED ORDER**

Criminal No: 02-205 JNE/RLE

I hereby certify that on February 2, 2005, I caused the following document(s):

1. Motion to Request Travel Authorization

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Richard Newberry
Assistant U.S. Attorney

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Anthony Pontanini

I further certify that I caused the proposed order to be filed with the court via e-mail to the judicial officer hearing the motion:

Honorable Raymond L. Erickson

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

Richard Newberry, AUSA
SERVED VIA E-MAIL

Anthony Pontanini
SERVED VIA U.S. MAILS

Dated: February 2, 2005

*s/ Virginia G. Villa*
VIRGINIA G. VILLA
Attorney ID No. 209478
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415