UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-205 JNE/RLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTHONY PONTANINI,

Defendant.

ORDER FOR APPEARANCE OF DEFENDANT AND FOR TRANSPORTATION EXPENSES PURSUANT TO 18 U.S.C. § 4285

The Court having held Defendant to answer in the United States District Court for the District of Minnesota and finding that the defendant has been released from custody, currently resides in Rockford, Illinois, and is financially unable to provide the necessary transportation to appear before the Court,

IT IS ORDERED that the defendant appear before the above-referenced court on February 10, 2005, not later than 3:00 p.m.

IT IS FURTHER ORDERED that the United States Marshal furnish the defendant transportation to appear before the Court, transportation to return home to Rockford, Illinois, (round trip 660 miles) after said court hearing, and to furnish subsistence expenses not to exceed per diem allowance for travel contemplated under 5 U.S.C. § 5702(a) all as authorized by 18 U.S.C. § 4285.

Dated: 2/2/05

Raymond L. Erickson
Honorable Raymond L. Erickson
United States Magistrate Judge

SCANNED
FEB 2005
U.S. DISTRICT COURT DULUTH