UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-205 (JNE/RLE)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MOTION TO REQUEST |
| | ) | TRAVEL AUTHORIZATION |
| ANTHONY PETER PONTANINI, | ) | |
| | ) | |
| Defendant. | ) | |

Comes now the defendant, through his attorney, and hereby moves the Court pursuant to Title 18, United States Code, § 4285, for an order to "direct the United States Marshal to arrange for that person's means of non-custodial transportation or furnish the fare for such transportation to the place where his appearance is required, and . . . to furnish that person with an amount of money for subsistence expenses to his destination . . . ."

Mr. Pontanini has been released from custody and ordered to appear in the District of Minnesota at the Federal Courthouse in St. Paul for a sentencing hearing to be held on February 18, 2005, at 2:00 p.m. He is without funds to accomplish that travel and requests the Court to authorize the Marshal to expend such funds.

Dated: February 8, 2005

Respectfully submitted,

*s/ Virginia G. Villa*

VIRGINIA G. VILLA
Attorney ID No. 209478
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415