**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTHONY PETER PONTANINI,

Defendant.

02CR205 (JNE/RLE)

**AMENDED NOTICE OF SENTENCING**

---

**TAKE NOTICE** that the above entitled matter is **re-scheduled** for **SENTENCING** to Friday, February 18, 2005 at 2:00 p.m., before Judge Joan N. Ericksen, Courtroom 3, St. Paul, Minnesota.

DATED: February 9, 2005.

RICHARD D. SLETTEN
*Clerk*

s/ Sheri L. Frette
Sheri L. Frette *Deputy Clerk*

cc: Mr. Richard A. Newberry
Ms. Virginia G. Villa
Ms. Lisa L. Martinetto, Probation Officer