# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

UNITED STATES OF AMERICA,
Plaintiff,

v.

Anthony Peter Pontanini (1),
Defendant.

**COURT MINUTES - CRIMINAL**

Case No: 02cr205 (JNE/RLE) (1)
Date: February 18, 2005
Court Reporter: Maria Weinbeck
Time Commenced: 2:00 p.m.
Time Concluded: 3:00 p.m.
Time in Court: 1 Hour

Before Joan N. Ericksen, United States Judge, at St. Paul, Minnesota.

APPEARANCES:

For Plaintiff: Richard A. Newberry
For Defendant: Virginia G. Villa 9 FPD 9 CJA 9 Retained 9 Appointed

Interpreter/Language: /

9 **Evidentiary Hearing** (only selection if witness list filed)**.**

: **Sentencing.**

9 Hearing held on objections to the presentence report.

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | yes | | 6 months | | 3 years | | |

Said terms to run 9 concurrently 9 consecutively

9 Special conditions of :

**See J&C for special conditions**

: Defendant sentenced to pay:
- 9 Fine in the amount of $.
- 9 Restitution in the amount of $.
- 9 Costs of prosecution in the amount of $ to be paid .
- : Special assessment in the amount of $100.00 to be paid .

: Plea and plea agreement accepted.
: Execution of sentence of imprisonment suspended until Tuesday, February 22, 2005.
9 Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
9 Execution of sentence of fine suspended.
9 On Motion of the Gov't., the indictment in is dismissed as to this defendant only.
9 Motion for departure is 9 granted 9 denied.
9 Defendant remanded to the custody of the U.S. Marshal.
Defendant advised of his right to appeal.

s/Sheri L. Frette
Calendar Clerk