RECEIVED
BY MAIL
NOV - 9 2005
CLERK, US DIST. COURT
ST. PAUL, MN

Prob 22 (Rev. 03/97)

REDACTED

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NO. (Transferring Court) | [0864]0:02CR00205-001(JNE/RLE) |
| DOCKET NO. (Receiving Court) | |

| NAME AND LOCATION OF | DISTRICT | DIVISION |
|---|---|---|
| Anthony Peter Pontanini<br>[redacted]<br>Rockford, IL [redacted] | MINNESOTA | |
| | NAME OF SENTENCING JUDGE<br>Honorable Joan N. Ericksen | |
| | DATES OF SUPERVISION | FROM 08/19/2005 — TO 08/18/2008 |

OFFENSE

Felon in Possession of a Firearm

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of may be changed by the District Court to which this transfer is made without further inquiry of this Court.

10-31-05
Date

Joan N. Ericksen, United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction of the above be accepted and assumed by this Court from and after the entry of this order.

12-5-05
Effective Date

Philip G. Reinhard, United States District Judge

SCANNED
DEC 27 2005
U.S. DISTRICT COURT ST. PAUL